IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00424-W

| | |
|---|---|
| WALTER WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| GASTON COUNTY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by July 14, 2010. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before July 14, 2010.

Signed: June 14, 2010

Frank D. Whitney
United States District Judge